ACCEPTED
05-15-00403-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/31/2015 1:22:48 PM
LISA MATZ
CLERK

## COURT OF APPEALS
## FIFTH SUPREME JUDICIAL DISTRICT
## DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/31/2015 1:22:48 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **VINCENT DEWAYNE JOHNSON** | § | |
| **Appellant** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 05-15-00403-CR** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | |

### APPELLANT'S DOCKETING STATEMENT

**TO THE HONORABLE COURT OF APPEALS:**

**NOW COMES** VINCENT DEWAYNE JOHNSON, Appellant and respectfully submits the

following docketing statement in the appeal of this cause as follows:

1.  Appellant's Name:     Vincent Dewayne Johnson

2.  Appellant's Counsel:  Bruce Anton
                          Bar Card No. 01274700
                          Sorrels, Udashen & Anton
                          2311 Cedar Springs Road
                          Suite 250
                          Dallas, Texas  75201
                          214-468-8100
                          214-468-8104 fax

3.  Appellant's Counsel:  Appointed

4.  Appellee's Counsel:   Susan Hawk
                          Criminal District Attorney
                          Bar Card No.00794284
                          Frank Crowley Courts Building
                          133 N. Industrial Blvd., L.B. 19
                          Dallas, Texas  75207
                          214-653-3600

5.  Date Notice of Appeal filed in Trial Court:   March 26, 2015

Appellant's Docketing Statement - Page 1

6.       Trial Court's Name:                       203rd District Court

7.       Trial Court Cause Number:             F1360209

8.       Trial Court's County:                   Dallas

9.       Name of Judge who tried case:       Judge Teresa Hawthorne
                                                 203rd Judicial District Court
                                                 133 N. Riverfront, 7th Floor
                                                 Dallas, Texas 75207
                                                 214-653-5822

10.      Trial Court Clerk:                         Felicia Pitre
                                                    District Clerk
                                                 Frank Crowley Courts Building
                                                 133 N. Industrial Blvd.
                                                 Dallas, Texas 75207
                                                 214-653-5740

11.      Clerk's Fee:  Arrangements have been made to pay.

12.      Date trial court imposed or suspended sentence in open court or date judgment or order appealed from was signed:               March 19, 2015

13.      Date of filing Motion for New Trial:        N/A

14.      Date of filing Motion in Arrest of Judgment:       N/A

15.      Offense charged:      Aggravated Sexual Assault of a Child Under 14

16.      Date of Offense:      September 1, 2013

17.      Defendant's plea:      Guilty

18.      If guilty or nolo contendere, was plea result of negotiated plea bargain agreement?  Yes

19.      Trial was by:                   Judge (Guilt/Innocence)
                                    Judge (Punishment)

20.      Punishment assessed:        20 years in the Texas Department of Criminal Justice.

21.      Whether appeal is from a pretrial order:  No

22.      Whether appeal involves validity of a statute, ordinance or rule:  No

23.      Whether court reporter's record has been or will be requested:  Yes

24.    Court reporter's fee:  Arrangements have been made to pay

25.    Whether trial was electronically recorded:    No

26.    Court reporter:         Lisabeth Kellett
                               203rd Judicial District Court
                               Frank Crowley Courts Building
                               133 N. Industrial Blvd.
                               Dallas, Texas  75207
                               214-653-5823

27.    Whether motion and affidavit of indigence filed: Yes

28.    List any other pending related appeals before this or any other Texas appellate court by
       Court, Docket Number, and Style:    None

29.    Date Trial Court's Certification of Defendant's Right of Appeal signed: March 26, 2015


                               Respectfully submitted,

                               /s/ Bruce Anton
                               BRUCE ANTON
                               Bar Card No. 01274700

                               SORRELS, UDASHEN & ANTON
                               2311 Cedar Springs Road, Suite 250
                               Dallas, Texas  75201
                               214-468-8100
                               214-468-8104 fax
                               ba@sualaw.com

                               Attorney for Appellant


**CERTIFICATE OF SERVICE**

       On this 31st day of March, 2015, a true and correct copy of the foregoing Appellant's
Docketing Statement was delivered to the Dallas County District Attorney's Office through e-filing
service to dcdaappeals@dallascounty.org.


                               /s/ Bruce Anton
                               BRUCE ANTON